RECEIVED
IN MONROE, LA
JUN 2 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-30037-05 |
| VERSUS | * | JUDGE JAMES |
| GAMIL AHMED ALMASHIM | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Gamil Ahmed Alwashim (incorrectly named in the indictment as Gamil Ahmed Almashim) and adjudges him guilty of the offense charged in Count Two of the indictment against him and the forfeiture allegations contained therein (all three counts).

THUS DONE AND SIGNED this 26 day of June, 2007, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION